# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-11231
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 28, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ANTONIO ROBLES,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-166-1

---

Before KING, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Antonio Robles has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Robles has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-11231

assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.